1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  ESTATE OF YARETH AGUILAR          Case No. 5:23-cv-01196-SVW-AJR
    VILLAGOMEZ, RAYMOND
12  VILLAGOMEZ, IRIS MENDEZ,          **[PROPOSED] ORDER VACATING
    CIANNAH VILLAGOMEZ AND            TRIAL DATE AND ALL
13  N.V.,                             PRETRIAL DEADLINES**

14              Plaintiffs,           Judge:   Stephen V. Wilson

15        v.

16  COUNTY OF RIVERSIDE, a public
    entity; RIVERSIDE COUNTY
17  SHERIFF'S DEPARTMENT;
    SHERIFF CHAD BIANCO, in his
18  individual and official capacities;
    EDWARD DELGADO; JAMES
19  KRACHMER; ALYSSA VERNAL;
    and DOES 1 through 10, inclusive,
20
                Defendants.
21

22

23        Having reviewed the parties' stipulation to vacate the trial date due to the

24  parties' settlement and finding good cause therefor, the Court orders as follows:

25        1.     The May 14, 2024 trial date and all pretrial deadlines are hereby

26  vacated.

27  ///

28  ///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

4857-7109-1618 v1                          1              5:23-cv-01196-SVW-AJR
                                                    [PROPOSED] ORDER VACATING TRIAL DATE

1      2.    The parties shall file a Joint Status Report within 90 days of this Order,

2  advising the Court of the status of settlement approval, if a stipulation to dismiss the

3  case has not been filed prior to that date.

4      IT IS SO ORDERED.

5

6

7

8  Dated: _____, 2024        _____

                            Honorable Stephen V. Wilson

9                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4857-7109-1618 v1

2

5:23-cv-01196-SVW-AJR
[PROPOSED] ORDER VACATING TRIAL DATE