Joseph C. Rosenblit, SBN:131663         Denise Tessier-Gluzerman, SBN:196745
33801 Avenida Calita                    777 E. Tahquitz Canyon Way Suite 200-78
San Juan Capistrano, CA 92675           Palm Springs CA 92262
949-412-6666, rosenblitlawyer@gmail.com  760 969-5078, dmtglaw@gmail.com

Attorneys for Estate of Yareth Aguilar Villagomez, Raymond Villagomez, Iris Mendez, Ciannah Villagomez, And Nathan Villagomez, Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF YARETH AGUILAR VILLAGOMEZ RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ, AND NATHAN VILLAGOMEZ,<br><br>Plaintiffs,<br><br>vs<br><br>COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFFS DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; ALYSSA VERNAL; and DOES 1 through 100, individually, jointly and severally,<br><br>Defendants. | Case No.  5:23-cv-01196<br><br>**NOTICE OF NON-SETTLEMENT OF CASE & REQUEST TO RESTORE TO ACTIVE CALENDAR**<br><br>**Judge:**  Hon. Stephen V. Wilson<br>**Magistrate:** Hon. Steve Kim<br>**Department: 10D** |

**TO ALL PARTIES & THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that this matter has not been settled and should be restored to the active calendar.

DATED: March 4, 2024                                    *Joseph C. Rosenblit*

                                                        JOSEPH C. ROSENBLIT
                                                        Attorney for the Plaintiffs

- 1 -
NOTICE OF NON-SETTLEMENT OF CASE & REQUEST TO RESTORE TO CIVIL ACTIVE CALENDAR