UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-5**

CIVIL MINUTES - GENERAL

| Case No. | 5:23-cv-01196-SVW-AJR | Date | March 12, 2024 |
|---|---|---|---|
| Title | Estate of Yareth Aguilar Villagomez et al v. County of Riverside et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER RESTORING CASE TO ACTIVE CALENDAR

      In light of the fact that the previously represented settlement in no longer in place, the previously set jury trial date of May 14, 2024, at 9:00 a.m., and pretrial conference of May 6, 2024, at 3:00 p.m. are reinstated and the parties must proceed to trial. The parties can attempt to settle the case with mediation or whatever means they wish.

|  | : |
|---|---|
| Initials of Preparer | PMC |