

Joseph C. Rosenblit, SBN:131663
33801 Avenida Calita
San Juan Capistrano, CA 92675
949-412-6666, rosenblitlawyer@gmail.com

Denise Tessier-Gluzerman, SBN:196745
777 E. Tahquitz Canyon Way Suite 200-78
Palm Springs CA 92262
760 969-5078,  dmtglaw@gmail.com

RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ, AND NATHAN VILLAGOMEZ, Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

ESTATE OF YARETH AGUILAR VILLAGOMEZ,RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ, AND NATHAN VILLAGOMEZ,a minor

Plaintiffs,

vs

COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; ALYSSA VERNAL; and DOES 1 through 100, individually, jointly and severally,

Defendants.

Case #: 5:23−cv−01196 CAS (AFMx)

**NOTICE OF SETTLEMENT**

Hon. Judge Stephen V. Wilson
Magistrate Judge Hon. Steve Kim
Courtroom 10D (Central Division)

The parties are pleased to report that thanks to the efforts of mediation panelist Richard Copeland March 22, 2024 this matter has settled in all respects, including Plaintiffs' claims inclusive of wrongful death and reasonable statutory attorney's fees, litigation expenses and costs. Plaintiffs all signed a written settlement agreement.

**PROOF OF SERVICE WITH RETURNED SUMMONS**

1          What remains is a motion for this court to approve a minor's compromise for 17-year-old

2    Nathan Villagomez. That motion will be filed soon. Once approved all funds can be distributed and

3    shortly thereafter, the parties will be filing a request for dismissal with prejudice.

4

5    DATED: March 25, 2024                                    /s/ Joseph C. Rosenblit

6    _____

7                                                             Joseph C. Rosenblit
                                                             Attorney for the Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE WITH RETURNED SUMMONS**