Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF RIVERSIDE (also erroneously sued as RIVERSIDE COUNTY SHERIFF'S DEPARTMENT), SHERIFF CHAD BIANCO, EDWARD DELGADO, JAMES KRACHMER, and ALYSSA VERNAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YARETH AGUILAR VILLAGOMEZ, RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ AND N.V.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; ALYSSA VERNAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01196-SVW-AJR<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES DUE TO CONDITIONAL SETTLEMENT**<br><br>Judge: Stephen V. Wilson |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs ESTATE OF YARETH VILLAGOMEZ, RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ, and N.V.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4863-4040-2850 v2

1

5:23-cv-01196-SVW-AJR
NOTICE OF SETTLEMENT; STIPULATION TO VACATE TRIAL DATE

(hereinafter "Plaintiffs") and Defendants COUNTY OF RIVERSIDE, SHERIFF CHAD BIANCO, EDWARD DELGADO, JAMES KRACHMER, and ALYSSA VERNAL (hereinafter "Defendants") hereby stipulate to the following:

1. On March 22, 2024, Plaintiffs and Defendants reached an agreement to settle this matter in its entirety during a mediation conducted by Richard Copeland. A fully executed Settlement Agreement and Release has been completed.

2. The settlement of the case is subject to this Court's approval of the Minor's Compromise for minor Plaintiff N.V.. Plaintiffs intend to file the documentation requesting approval of the Minor's Compromise by April 5, 2024.

3. Because this matter has been re-set for trial on May 14, 2024, the parties request that the Court issue an Order vacating the trial date and all pretrial deadlines in this case.

4. Upon completion of the settlement process in this matter, the parties will submit a stipulation to dismiss all claims with prejudice.

5. If a stipulation to dismiss this matter has not been filed within 90 days of the parties filing of this stipulation, the parties will submit a Joint Status Report to the Court, which will advise of the status of settlement.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4863-4040-2850 v2

2

5:23-cv-01196-SVW-AJR
NOTICE OF SETTLEMENT; STIPULATION TO VACATE TRIAL DATE

IT IS SO STIPULATED.

DATED: March 29, 2024    BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Caylin W. Jones[1]
      Nathan A. Oyster
      Caylin W. Jones

Attorneys for Defendants
COUNTY OF RIVERSIDE, SHERIFF CHAD BIANCO, EDWARD DELGADO, JAMES KRACHMER, and ALYSSA VERNAL

DATED: March 29, 2024    LAW OFFICES OF JOSEPH C. ROSENBLIT
LAW OFFICERS OF DENISE TESSIER-GLUZERMAN

By: /s/ Joseph C. Rosenblit
      Joseph C. Rosenblit
      Denise Tessier-Gluzerman

Attorneys for Plaintiffs, ESTATE OF YARETH AGUILAR VILLAGOMEZ, RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ, and N.V.

---

[1] This filer attests that all other signatories on whose behalf this filing is submitted concur in the filings content and have authorized the filing of this stipulation.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4863-4040-2850 v2

3

5:23-cv-01196-SVW-AJR
NOTICE OF SETTLEMENT; STIPULATION TO VACATE TRIAL DATE