# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF YARETH AGUILAR, RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ, AND NATHAN VILLAGOMEZ, a minor,<br><br>    Plaintiffs,<br><br>vs<br><br>COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; ALYSSA VERNAL<br>    Defendants. | Case No.  5:23-cv-01196-SVW-AJR<br><br>**ORDER DENYING REINSTATING CASE BUT GRANTING AUTHORIZING COMPROMISE OF MINOR'S CLAIM & DISPOSITION OF ATTORNEY FEES & COSTS**<br><br>Judge:         Hon. Stephen V. Wilson<br>Department:  10A |

The court having considered the verified petition of Raymond Villagomez, father and duly appointed Guardian ad Litem of Nathan Villagomez, a minor, for an Order Authorizing Compromise of Minor's Claim and Disposition of Attorney Fees and Costs, and upon evidence introduced, hereby finds:

(1) That the averments of the verified Petition are true;

(2) That the settlement as set forth herein is approved as in the best interest of the minor, Nathan Villagomez; and

(3) That the distribution of the funds as set forth herein is approved as in the best interest of the minor, Nathan Villagomez.

WHEREFORE IT IS ORDERED:

1. ~~That this matter be re-opened and restored to the civil active list.~~

**ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM & DISPOSITION OF ATTORNEY FEES & COSTS**

2. The settlement and compromise as to defendants County of Riverside, a public entity; Riverside County Sheriff's Department, Sheriff Chad Bianco, in his individual and official capacities, Edward Delgado, James Krachmer and Alyssa Vernal is approved and petitioner is authorized on behalf of the minor to compromise the minor's claim as to said defendants for a total of Seven thousand Dollars ($7,000.00).

3. Petitioner is authorized to dismiss the minor's action with prejudice as to all named defendants upon payment of all settlement funds by defendants.

4. No attorney fees or litigation costs shall be deducted from the minor's settlement funds.

5. That the defendants shall issue a settlement draft in the amount of Seven-thousand Dollars ($7,000.00) made out to The Joseph C. Rosenblit Attorney/Client Trust Account and will in turn be deposited into a Bank of America Twelve-Month Certificate of Deposit for the total settlement of minor Nathan Villagomez's claims against all defendants.

6. Counsel for the minor shall file proof with this court that the total settlement funds of Seven-thousand dollars ($7,000.00) have been deposited in a Bank of America Twelve-Month Certificate-of-Deposit.

IT IS SO ORDERED

DATED: _____June 5_____, 2024

_____
The Honorable Stephen V. Wilson, Judge
of the U.S. District Court Central District

- 2 -

**ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM & DISPOSITION OF ATTORNEY FEES & COSTS**