UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YARETH AGUILAR VILLAGOMEZ, RAYMOND VILLAGOMEZ, IRIS MENDEZ, CIANNAH VILLAGOMEZ AND NATHAN VILLAGOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; ALYSSA VERNAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01196-SVW-AJR<br><br>**ORDER GRANTING DISMISSAL ACTION WITH PREJUDICE**<br><br>*[Proposed] Order filed concurrently herewith*<br><br>Judge:   Stephen V. Wilson |

**THIS COURT,** having considered the parties' stipulation, orders the following:

This entire action, including all claims against Defendants COUNTY OF RIVERSIDE, SHERIFF CHAD BIANCO, EDWARD DELGADO, JAMES KRACHMER, and ALYSSA VERNAL, and all claims against any unserved

1  Defendants, is hereby dismissed with prejudice, pursuant to Federal Rules of Civil
2  Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees
3  and costs.

**IT IS SO ORDERED.**

Dated: July 25, 2024

Honorable Stephen V. Wilson
United States District Court Judge